UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES EDWARD KING (CDCR # J-74101),

    Petitioner,

v.

SCOTT FRAUENHEIM, Warden,

    Respondent.

No. C 14-5267 SI (pr)

**ORDER EXTENDING DEADLINES**

Respondent has filed an *ex parte* request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney David M. Baskind, the court GRANTS respondent's request. (Docket # 13.) Respondent must file and serve his response to the petition no later than **June 5, 2015**. Petitioner must file and serve his traverse no later than **July 3, 2015.**

IT IS SO ORDERED.

DATED: April 29, 2015

                                      SUSAN ILLSTON
                                   United States District Judge