UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES EDWARD KING,

    Petitioner,

v.

SCOTT FRAUENHEIM,

    Respondent.

Case No. 14-cv-05267-SI

**JUDGMENT**

The petition for writ of habeas corpus is denied.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: August 19, 2016

_____
SUSAN ILLSTON
United States District Judge