UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES EDWARD KING,

    Petitioner,

v.

SCOTT FRAUENHEIM,

    Respondent.

Case No. 14-cv-05267-SI

**ORDER DENYING CERTIFICATE OF APPEALABILITY AND GRANTING PAUPER STATUS FOR APPEAL**

Re: Dkt. Nos. 37, 38

    Petitioner has filed a notice of appeal and a request for a certificate of appealability. *See* 28 U.S.C. § 2253(c). This is not a case in which "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Accordingly, the request for a certificate of appealability is DENIED. Dkt. No. 37.

    Petitioner's request to proceed *in forma pauperis* on appeal is GRANTED. Dkt. No. 38.

    **IT IS SO ORDERED**.

Dated: September 16, 2016

_____
SUSAN ILLSTON
United States District Judge